WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Manuel Rivera,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>　　　　　Defendants. | No.   CV 13-481-PHX-RCB (JFM)<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

Plaintiff Ramon Manuel Rivera, inmate #P883093, who is confined in the Maricopa County Lower Buckeye Jail, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $13.62. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.

Maricopa County Sheriff Joseph M. Arpaio or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)   Maricopa County Sheriff Joseph M. Arpaio or his designee must forward to the Clerk of Court the initial partial filing fee of $13.62. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded to

the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) Maricopa County Sheriff Joseph M. Arpaio or his designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Maricopa County Lower Buckeye Jail, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of Court must serve by mail a copy of this Order on the Maricopa County Sheriff's Office, Office of Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

(4) The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 23rd day of May, 2013.

_____
Robert C. Broomfield
Senior United States District Judge